IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JOHN R. PARKS, JOE T. HARRISON,
JOEY HARRISON, JOHNNY BRATTON, and
TYLER ORR,

     Plaintiffs,

v.                                            Case No. 1:25-cv-01130-JDB-jay

DREW T. ADAMS, ABBIE G. ADAMS,
THE UNITED STATES OF AMERICA, and
NATURAL RESOURCES CONSERVATION
SERVICE,

     Defendants.

_____

ORDER DISMISSING CASE FOR LACK OF SUBJECT-MATTER JURISDICTION

_____

On May 30, 2025, the Plaintiffs, John R. Parks, Joe T. Harrison, Joey Harrison, Johnny Bratton, and Tyler Orr, brought this action against the Defendants, Drew T. Adams, Abbie G. Adams, the United States of America, and the Natural Resources Conservation Service. (Docket Entry ("D.E.") 1.) In an order entered April 24, 2026, the Court dismissed Plaintiffs' claims against the United States and the Natural Resources Conservation Service. (D.E. 28.) On April 28, 2026, the Court directed the parties to submit their positions as to the continued jurisdiction of the Court over this matter. (D.E. 29.) The parties complied with the directive on May 8, 2026, advising the Court in a joint filing that, upon the dismissal of the United States as a party, they were in agreement that this Court no longer has subject-matter jurisdiction. (D.E. 30.)

Accordingly, this matter is DISMISSED in its entirety. *See Klepsky v. United Parcel Serv., Inc.*, 489 F.3d 264, 268 (6th Cir. 2007) ("subject matter jurisdiction may be raised sua sponte at

any juncture because a federal court lacks authority to hear a case without subject matter jurisdiction").

IT IS SO ORDERED this 12th day of May 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE